In the Matter of Supplementary Proceedings: DAVID DUBOFF, Judgment Creditor, Appellant, v. ALLEN BOULEVARD INN, INC., Judgment Debtor, SAM SCHWARTZ and LOUIS HOROWITZ, Doing Business, etc., Judgment Creditors, Respondents; MORRIS S. TREMAINE, Comptroller of the State of New York,

Third Party.— Determination unanimously affirmed with twenty dollars costs and disbursements. No opinion. Present — Martin, F. J., Untermyer, Dore, Cohn and Callahan, JJ.